21603. HARRIS v. THE STATE.

BROYLES, C. J. 1. Under all the particular facts of the case this court can not hold as a matter of law that the trial judge abused his discretion in overruling the motion for a continuance.
2. The verdict was authorized by the evidence.
*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED SEPTEMBER 4, 1931.

*B. F. Walker,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.